# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: LAPASH, DAVID O | § Case No. 10-35877 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 04/15/2011 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 North Ottawa Street
Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 03/02/2011   By: /s/BRADLEY J. WALLER
                                   Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: LAPASH, DAVID O § Case No. 10-35877
§
§
Debtor(s) §

# SUMMARY OF TRUSTEE'S FINAL REPORT
# AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 4,000.07 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 4,000.07 |
| **Balance on hand:** | $ 4,000.07 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,000.07 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BRADLEY J. WALLER | 1,000.02 | 0.00 | 1,000.02 |
| Trustee, Expenses - BRADLEY J. WALLER | 74.00 | 0.00 | 74.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,074.02 |
| Remaining balance: | $ 2,926.05 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

    Total to be paid for prior chapter administrative expenses:    $      0.00
    Remaining balance:    $      2,926.05

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

    Total to be paid for priority claims:    $      0.00
    Remaining balance:    $      2,926.05

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,970.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 58.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | US Bank N.A. | 1,202.15 | 0.00 | 707.66 |
| 2 | Chase Bank USA, N.A. | 2,733.37 | 0.00 | 1,609.04 |
| 3 | GE Money Bank | 417.42 | 0.00 | 245.72 |
| 4 | PYOD LLC its successors and assigns as assignee of | 617.72 | 0.00 | 363.63 |

    Total to be paid for timely general unsecured claims:    $      2,926.05
    Remaining balance:    $      0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1              User: wepps                  Page 1 of 1                    Date Rcvd: Sep 15, 2010
Case: 10-35877                    Form ID: ntcftfc7            Total Noticed: 13
```

```
The following entities were noticed by first class mail on Sep 17, 2010.
db            +David O LaPash,    5313 Riviera Blvd,    Plainfield, IL 60586-7599
aty           +John A Reed,    John A Reed Ltd,    63 W Jefferson St   #200,    Joliet, IL 60432-4335
tr            +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
15980331      +Citibank - Sears,    P.O. Box 6286,    Sioux Falls, SD 57117-6286
15980334      +HFC/Beneficial Finance,    Attn: Bankruptcy Dept,    P.O. Box 9618,    Virginia Beach, VA 23450-9618
15980337      +Johnson, Blumberg & Associates LLC,    Attorneys At Law,    230 W Monroe Street # 1125,
               Chicago, IL 60606-4723
15980338      +Laura LaPash,    104 Turtle Street,    Shorewood, IL 60404-9486
15980339     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:   US Bank,    P.O. Box 5229,    Cincinnati, OH 45201)
The following entities were noticed by electronic transmission on Sep 15, 2010.
15980330       EDI: CHASE.COM Sep 15 2010 20:48:00      Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
15980332      +EDI: RMSC.COM Sep 15 2010 20:43:00      GE Money Bank,    Attn: Bankruptcy Dept,    PO Box 103106,
               Roswell, GA 30076-9106
15980333       EDI: GMACFS.COM Sep 15 2010 20:43:00      GMAC,    P.O. Box 130424,    Roseville, MN 55113-0004
15980335      +EDI: HFC.COM Sep 15 2010 20:43:00      HSBC Best Buy,    PO Box 15521,    Wilmington, DE 19850-5521
15980336       EDI: HFC.COM Sep 15 2010 20:43:00      HSBC Card Services,    P.O. Box 81622,
               Salinas, CA 93912-1622
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 17, 2010            Signature:    *Joseph Speetjens*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-35877-BWB
David O LaPash                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: wepps                 Page 1 of 1              Date Rcvd: Mar 25, 2011
                                Form ID: pdf006             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2011.
db          +David O LaPash,    5313 Riviera Blvd,    Plainfield, IL 60586-7599
aty         +John A Reed,    John A Reed Ltd,    63 W Jefferson St    #200,    Joliet, IL 60432-4335
tr          +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
              Sycamore, IL 60178-3140
15980330     Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
16255613     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15980331    +Citibank - Sears,    P.O. Box 6286,    Sioux Falls, SD 57117-6286
15980333     GMAC,    P.O. Box 130424,    Roseville, MN 55113-0004
15980334    +HFC/Beneficial Finance,     Attn: Bankruptcy Dept,    P.O. Box 9618,    Virginia Beach, VA 23450-9618
15980335    +HSBC Best Buy,    PO Box 15521,    Wilmington, DE 19850-5521
15980336     HSBC Card Services,    P.O. Box 81622,    Salinas, CA 93912-1622
15980337    +Johnson, Blumberg & Associates LLC,    Attorneys At Law,    230 W Monroe Street # 1125,
              Chicago, IL 60606-4723
15980338    +Laura LaPash,    104 Turtle Street,    Shorewood, IL 60404-9486
16519666    +PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
              c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
15980339    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:   US Bank,    P.O. Box 5229,    Cincinnati, OH 45201)
16246482    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:   US Bank N.A.,    Bankruptcy Department,    P.O. Box 5229,
              Cincinnati, OH 45201-5229)
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15980332     +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2011 00:35:07     GE Money Bank,
              Attn: Bankruptcy Dept,    PO Box 103106,    Roswell, GA 30076-9106
16293548      E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2011 00:25:09     GE Money Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
              Sycamore, IL 60178-3140
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 27, 2011**                      **Signature:**   _/s/ Joseph Speetjens_